**EXHIBIT A**

Expert Report of Catherine Ghiglieri--
Designated Confidential by Defendants

Withheld Pending Ruling on
Plaintiff's Motion to Seal (Dkt. 139)